UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PATRICIA FOUBERT,**

    **Plaintiff,**

v.                                       Case No.  8:05-cv-306-T-30TBM

**ALPHONSO JACKSON, SECRETARY,
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,**

    **Defendant.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon this Court's Order (Dkt. #20) granting Defendant's Motion for Summary Judgment.

    It is therefore ORDERED AND ADJUDGED that:

    1.    The Clerk is directed to enter Judgment in favor of Defendant, Alphonso Jackson, Secretary, Department of Housing and Urban Development, and against Plaintiff, Patricia Foubert.

    2.    The Clerk is directed to terminate any pending motions and CLOSE this file.

    **DONE** and **ORDERED** in Tampa, Florida on July 26, 2006.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-306.directing clerk to enter judgment.wpd